

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2019

No. 04-19-00361-CR

Stephen **BAUTISTA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 14-03-048-CRW
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on October 21, 2019. Appellant's first motion requesting an extension of time to file the brief was granted, extending the deadline for filing the brief to November 20, 2019. The brief has not been filed. Appellant's attorney is ORDERED to respond to this court in writing within ten days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's attorney fails to file an adequate response within ten days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court